THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY M. CATTERMOLE, Appellant, *v.* JOHN A. BENSEL, as Commissioner of the Department of Docks and Ferries of the City of New York, Respondent.

*People ex rel. Cattermole* v. *Bensel,* 121 App. Div. 478, affirmed.
(Argued November 19, 1907; decided December 3, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 4, 1907, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to reinstate the relator in the service of the department of docks and ferries in the city of New York and dismissed such writ.

*Georye M. Pinney, Jr.*, and *Warren C. Van Slyke* for appellant.

*Francis K. Pendleton, Corporation Counsel (James D. Bell* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.